■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH

SCAFURI, Appellant.—Appeal by defendant, as limited by her motion, from an amended sentence of the County Court, Suffolk County, imposed November 29, 1979. Amended sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Mangano, Gibbons and Rabin, JJ., concur.